**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**PAUL AUXER,** *et al.,* :
: **Case No. 2:18-CV-212**
**Plaintiffs,** :
: **JUDGE ALGENON L. MARBLEY**
v. :
: **Magistrate Judge Chelsey M. Vascura**
**REPUBLIC WASTE SERVICES OF OHIO,** :
**HAULING, LLC. d/b/a REPUBLIC WASTE** :
**SERVICES**, *et al.,* :
:
**Defendants.** :

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 19, 2019 Opinion and Order the Court GRANTED the Defendants' Motion to Dismiss. Plaintiffs' Amended Complaint is DISMISSED without prejudice.

**Date: March 19, 2019**          Richard W. Nagel, Clerk

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk